# United States District Court
# Central District of California

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., | SA CV 12-01748 TJH (PLAx) |
| Plaintiff, | |
| v. | |
| RENZO MACCHIAVELLO, | |
| Defendant. | |
| INNOVATIVE SPORTS MANAGEMENT, INC., | SA CV 12-01945 TJH (PLAx) |
| Plaintiff, | |
| v. | |
| GIANCARLO PATTI, *et al.*, | |
| Defendant. | |

. . . . . . . . .

. . . . . . . . .

. . . . . . . . .

. . . . . . . . .

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR RUBEN BIZARO, *et al.*,<br><br>    Defendants. | SA CV 12-01991 TJH (PLAx) |
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HUDA ALTASAN KREINER,<br><br>    Defendant. | SA CV 12-01995 TJH (PLAx) |
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GIANCARLO AGUILERA,<br><br>    Defendant. | WD CV 12-09757 TJH (PLAx) |
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE TEJADA,<br><br>    Defendant. | WD CV 13-03887 TJH (PLAx)<br><br>and<br><br>WD CV 13-03907 TJH (PLAx) |

Order to Show Cause

To THOMAS P. RILEY:

You are Ordered to appear on Monday, January 13, 2014, at 10:00 a.m., before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California, To Show Cause, if you have any, why the Court should not impose sanctions under Federal Rule of Civil Procedure 11 for filing the above seven complaints with this Court without conducting a reasonable inquiry as to the facts of the case.

It is further Ordered that counsel Show Cause, if you have any, why the Court should not report the matter to the Attorney Disciplinary Committee of the Central District and the California State Bar.

It is further Ordered that plaintiff Show Cause as to why the Court should not dismiss cases CV 13-03887 TJH (PLAx) and CV 13-03907 TJH (PLAx) for lack of subject matter jurisdiction.

It is further Ordered that:

1.  Plaintiff's response to this order, if any, shall be filed and served on or before December 30, 2013; and

2. Defendants' response, if any, shall be filed and served, on or before January 6, 2014.

Date:   December 11, 2013

```
                              _____
                                    /s/ Terry J. Hatter, Jr.
                              Terry J. Hatter, Jr.
                              Senior United States District Judge
```