Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

**CLOSED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Innovative Sports Management, Inc., | CASE NO. 8:12-cv-01995-TJH-PLA |
|---|---|
| Plaintiff, | [Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HUDA ALTASAN KREINER A/K/A HUDA SALEH AL-TASAN, individually and d/b/a MR. POLLO PERUVIAN CUISINE |
| vs. | |
| Huda Altasan Kreiner, | |
| Defendant. | |

**JS-6**

IT IS HEREBY STIPULATED by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendant HUDA ALTASAN KREINER A/K/A HUDA SALEH AL-TASAN, individually and d/b/a MR. POLLO PERUVIAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against HUDA ALTASAN KREINER A/K/A HUDA SALEH AL-TASAN, individually and d/b/a MR. POLLO PERUVIAN CUISINE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 5, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

1     This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2 referenced-above shall bear its own attorneys' fees and costs.

8 IT IS SO ORDERED:

10 *[signature: Terry J. Hatter, Jr.]*

Dated: 4/23/2014

12 The Honorable Terry J. Hatter, Jr.
13 United States District Court
Central District of California
14 ///
15 ///
16 ///
17 ///
18
19 ///
20 ///
21 ///
22
23 ///
24 ///
25 ///
26
27 ///
28 ///

STIPULATION OF DISMISSAL
CASE NO. 8:12-cv-01995-TJH-PLA
PAGE 2